| Attorney or Party Name, Address, Phone & Fax Nos., State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| Benjamin Heston<br>Bar Number: 297798<br>Nexus Bankruptcy<br>100 Bayview Circle #100<br>Newport Beach, CA 92660<br>Phone: (951) 290-2827<br>Email: ben@nexusbk.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor(s)

# United States Bankruptcy Court
## Central District of California - Riverside Division

In re:

Danielle Monique Immortal

CASE NO.:

CHAPTER: 7

**DECLARATION BY DEBTOR(S) AS TO WHETHER INCOME WAS RECEIVED FROM AN EMPLOYER WITHIN 60 DAYS OF THE PETITION DATE**

[11 U.S.C. § 521(a)(1)(B)(iv)]

Debtor(s).

[No hearing required]

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

**Declaration of Debtor 1**

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 12/08/2023        Danielle Monique Immortal        [signature]
                        Printed name of Debtor 1              Signature of Debtor 1

**Declaration of Debtor 2 (Joint Debtor) (if applicable)**

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (*Check only ONE box below*):

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. *(If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)*

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: _____        _____        _____
                     Printed name of Debtor 2            Signature of Debtor 2

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015

F 1002-1.EMP.INCOME.DEC



| PAYLOC | FINANCE NO. | EMPLOYEE NAME | | | | EMPLOYEE ID | PAY PERIOD | SERIAL NUMBER | |
|---|---|---|---|---|---|---|---|---|---|
| 000 | 05-6554 | D M IMMORTAL | | | | 06243289 | 22 23 | 00066128 | |

| DETAIL EARNINGS | | | | | | GROSS TO NET | | LEAVE STATUS | |
|---|---|---|---|---|---|---|---|---|---|
| WK | RSC/LEV | RATE | CODE | TYP | HOURS | PAY | THIS PERIOD | YEAR-TO-DATE | ANNUAL LEAVE(AL) CAT: 4.00 |
| 2 | Q 01 | 1983 | 844 | W | 16.00 | 317.28 | GROSS PAY 1777.31 | 36876.70 | AL PRIOR YR BAL 24.00 |
| 2 | Q 01 | 1983 | 844 | O | 2.49 | 74.07 | FED TAX M0 140.89 | 2851.61 | + AL EARNED YTD 79.00 |
| 1 | Q 01 | 1983 | 844 | V | .15 | 5.95 | ST TAX CAS0 47.60 | 971.83 | + AL HOL EARNED YTD 0.00 |
| 1 | Q 01 | 1983 | 844 | W | 38.85 | 770.40 | RETIRE .00 | .00 | - AL USED YTD 88.00 |
| 1 | Q 01 | 1983 | 844 | O | 4.49 | 133.56 | MEDICARE 25.77 | 534.71 | = EARNED AL BAL 15.00 |
| 1 | Q 01 | 1983 | 844 | N | .11 | .13 | UN L 33.77 | 742.94 | + AL ADVANCED 0.00 |
| | | | | L | 24.00 | 475.92 | HT200FAM 87.00 | 1916.00 | = AVAIL AL BAL 15.00 |
| | | | | | | | HT200SLF 69.00 | 1510.00 | AL USED THIS PP 24.00 |
| | | | | | | | SOSEC 110.20 | 2286.36 | SICK LEAVE(SL) CAT: 0.00 |
| | | | | | | | | | SL PRIOR YR BAL 0.00 |
| | | | | | | | | | + SL EARNED YTD 0.00 |
| | | | | | | | | | - SL USED YTD 0.00 |
| | | | | | | | | | = CURRENT SL BAL 0.00 |
| | | | | | | | | | SL USED THIS PP 0.00 |
| | | | | | | | | | LEAVE WITHOUT PAY(LWOP) |
| | | | | | | | | | PAY PERIOD LWOP 0.00 |
| | | | | | | | | | PP01 TO CURRENT PP 0.00 |
| | FLSA | | | | 43.49 | | | | USPS RETIREMENT |
| | | | | | | NET PAY 1263.08 NT BK | | | 0.00 |

PS FORM 1223-B, JUNE 1985 EARNINGS STATEMENT